Thomas E. Willoughby (TW 4452)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006-3739
(212) 669-0600

**Judge Hellerstein**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 8345**

------------------------------------X   Index No.

MEKS TRUSTLINK (PRIVATE) NIGERIA
LIMITED and EMMANUEL UZOR,

              Plaintiffs,

        - against –

M/V MSC NAPOLI, her engines, tackle, boiler, etc.,
*in rem*, TRANS ATLANTIC CONTAINER LINES
and MEDITERRANEAN SHIPPING COMPANY S.A.,
*in personam*,

              Defendants.
------------------------------------X

**COMPLAINT**



RECEIVED SEP 2 5 2007 U.S.D.C. S.D.N.Y. CASHIERS

    The plaintiffs herein, by their attorneys, Hill Rivkins & Hayden LLP, complaining of the above named vessel and defendants, allege upon information and belief:

    FIRST:    This Court has jurisdiction pursuant to 28 U.S.C. 1331(a) in that this is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

    SECOND:    At and during all times hereinafter mentioned, plaintiffs had and now have the legal status and principal offices and places of business stated in Schedule A hereto annexed and by this reference made a part hereof.

    THIRD:    At and during all the times hereinafter mentioned, defendants had and now have the legal status and offices and places of business stated in Schedule A, and were and now are engaged in business as common carriers of merchandise by water

for hire, and owned, operated, managed, chartered and controlled the above named vessel which now is or will be within the jurisdiction of this Court during the pendency of this action.

FOURTH: On or about the dates and at the ports of shipment stated in Schedule A, there were delivered to the vessel and defendants in good order and condition the shipments described in Schedule A, which the said vessel and defendants received, accepted and agreed to transport for certain consideration to the ports of destination stated in Schedule A, under MSC bill of lading MSCUNW507395, Container TGHU8649009, MSC Claim 5991.

FIFTH: Thereafter, the said vessel arrived at the port of destination described in Schedule A and the cargo not delivered in the same good order and condition in which it was received.

SIXTH: Defendants, by reason of the premises, breached their duties to the plaintiffs as common carriers by water for hire and were otherwise at fault.

SEVENTH: Plaintiffs were the shippers, consignees or owners or otherwise had a proprietary interest of and in the cargoes as described in Schedule A, and bring this action on their own behalf and, as agents and trustees, on behalf of and for the interest of all parties who may be or become interested in the said shipment, as their respective interests may ultimately appear, and plaintiffs are entitled to maintain this action.

EIGHTH: Plaintiffs have duly performed all duties and obligations on their part to be performed.

NINTH:   By reason of the premises, plaintiffs have sustained damages nearly as same can now be estimated, no part of which has been paid, although duly demanded, in the amount of $250,000.00

W H E R E F O R E,  plaintiffs pray:

1. That process in due form of law according to the practice of this Court may issue against defendants.

2. That if defendants cannot be found within this District, that all of their property within this District, as shall be described in the affidavit, be attached in the sum set forth in this complaint, with interest and costs.

3. That a decree may be entered in favor of plaintiffs against defendants for the amount of plaintiffs' damages, together with interest and costs.

4. That process in due form of law according to the practice of this Court may issue against the aforesaid named vessels.

5. Plaintiffs further pray for such other, further and different relief as to this Court may seem just and proper in the premises.

Dated:  New York, New York
        September 24, 2007

                                    HILL RIVKINS & HAYDEN LLP
                                    Attorneys for Plaintiffs

                              By:   _____
                                    Thomas E. Willoughby (TW4452)
                                    45 Broadway, Suite 1500
                                    New York, New York 10006-3739
                                    (212) 669-0600

## SCHEDULE A

| | |
|---|---|
| Plaintiffs: | Meks Trustlink (Private) Nigeria Limited<br>Borono Plaza D-10<br>Lagos, Nigeria |
| | Emmanuel Uzor<br>159 Central Avenue<br>Bogota, New Jersey 07603 |
| Defendants: | Trans Atlantic Container Lines<br>720 Frelinghuysen Avenue<br>Newark, New Jersey 07114 |
| | Mediterranean Shipping Company S.A.<br>420 Fifth Avenue<br>New York, New York 10018 |
| Date of Shipment: | December 28, 2006 |
| Port of Loading: | New York |
| Port of Discharge: | Cotonou, Benin |
| Shipper: | Trans Atlantic Container Lines |
| Consignee: | Bea Trade Fair Complex |
| Notify: | Meks Trustlinke (Private) Nigeria Limited |
| Description of Shipment: | 4874 Carton Toiletries<br>500 Printers |
| Nature of Loss or Damage: | Non-delivery |