Thomas E. Willoughby (TW 4452)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006-3739
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MEKS TRUSTLINK (PRIVATE) NIGERIA
LIMITED and EMMANUEL UZOR,

      Plaintiffs,

 - against –

M/V MSC NAPOLI, her engines, tackle, boiler, etc.,
*in rem*, TRANS ATLANTIC CONTAINER LINES
and MEDITERRANEAN SHIPPING COMPANY S.A.,
*in personam*,

      Defendants.
------------------------------------X

Judge Hellerstein

07 CIV 8345

**RULE 7.1 STATEMENT**



 Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (Private, Non-Governmental Parties) certify that the following are parent corporations and/or publicly held corporations that own 10% or more of Plaintiff's stock.

      NONE

Dated: New York, New York
   September 25, 2007

      HILL RIVKINS & HAYDEN
      Attorneys for Plaintiff,

      By: _____
      Thomas E. Willoughby (TW 4452)
      45 Broadway, Suite 1500
      New York, New York 10006
      (212) 669-0600