UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEKS TRUSTLINK (PRIVATE) NIGERIA
LIMITED and EMMANUEL UZOR,
                   Plaintiff,

-V-

M/V MSC NAPOLI, her engines, tackle, boiler, etc., in rem,
METVALE LIMITED, METVALE LIMITED
PARTNERSHIP, and MEDITERRANEAN SHIPPING
COMPANY S.A., in personam
                   Defendants.

**CERTIFICATE OF MAILING**

07 CV 8345 (AKH)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**29th day of November, 2007**

I served the

Summons & Amended Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**10th day of October, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8605 9883 5588**

_____
CLERK

Dated: New York, NY

FedEx International Air Waybill

1 From
Date: 11/28/07
Sender's FedEx Account Number: [illegible]
Sender's Name: [illegible] A. Hawkins
Phone: [illegible]
Company: HILL RIVKINS & HAYDEN
Address: 45 BROADWAY FL 15
City: NEW YORK    State/Province: NY
ZIP/Postal Code: 10006
Country: US

2 To
Recipient's Name: [illegible]
Company: SMITH PARTNERSHIP
Address: 30 LEGAL STREET
City: MONROVIA
Country: LIBERIA

3 Shipment Information
Total Packages: 1
Commodity Description: Printed Documents

4 Express Package Service
☒ FedEx Intl. Priority

5 Packaging
☒ FedEx Envelope

6 Special Handling

7a Payment: Bill transportation charges to:
☒ Sender

7b Payment: Bill duties and taxes to:
☒ Sender

8 Your Internal Billing Reference: 24461-2-RMH

9 Required Signature

FedEx Tracking Number: 8605 9883 5588 0402

Total Declared Value for Carriage: $5.00

521