| | | |
|---|---|---|
| 11 WEST 42ND STREET, SUITE 900<br>NEW YORK, NY 10036<br>(212) 354-0025<br>FAX: (212) 869-0067<br>TL@TISDALE-LAW.COM | **TISDALE**<br>**LAW OFFICES, LLC**<br>*New York, NY · Southport, CT* | 10 SPRUCE STREET<br>SOUTHPORT, CT 06890<br>(203) 254-8474<br>FAX: (203) 254-1641<br>WWW.TISDALE-LAW.COM |


RECEIVED MAR 17 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

March 17, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/08

<u>Via facsimile-212-805-7942</u>
Honorable Alvin K. Hellerstein
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Metvale Ltd. and Metvale Ltd. Ptsp. v. Meks Trustlink, Nigeria, Ltd. &
      Emmanuel Uzor V.
      Your File No.: ~~Please provide~~ 07 CIV. 8345
      Our File No.: 08-1819

Honorable Sir:

We are attorneys for the Defendants Metvale Ltd. and Metvale Ltd. Ptsp. v. Meks Trustlink, Nigeria, Ltd. & Emmanuel Uzor in the above captioned matter.

With the consent of all counsel, we are writing to respectfully request that the Pretrial Conference scheduled for March ~~18~~ (28), 2008 be adjourned for at least two weeks. The undersigned will be out of the country on March 24, 2008 on business, not returning to the office until April 7, 2008. Moreover, we will be out of the office again between April 30, 2008 and May 9, 2008. We would be grateful if we could avoid this range of dates also.

I very much appreciate your Honor's indulgence in this regard.

Very truly yours,

*[signature]*
Thomas L. Tisdale

mt

*[handwritten note: The conf is adjourned to April 11, 2008, at 9:30 a.m.
3-18-08
[signature]]*