173-07A/WLJ
FREEHILL, HOGAN & MAHAR
Attorneys for Defendant
MEDITERRANEAN SHIPPING COMPANY S.A.
80 Pine Street, 24th Floor
New York, New York 10005-1759
(212) 425-1900
William L. Juska, Jr. (WJ0772)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MEKS TRUSTLINK (PRIVATE) NIGERIA
LIMITED AND EMMANUEL UZOR,

                Plaintiffs,

- against -

M/V MSC NAPOLI, her engines, tackle,
boiler, etc. *in* rem, METVALE LIMITED,
METVALE LIMITED PARTNERSHIP, and
MEDITERRANEAN SHIPPING COMPANY
S.A., *in personam*,

                Defendants.
-----------------------------------------------------------x

07 CV 8345 (AKH)
ECF CASE

RULE 7.1
DISCLOSURE STATMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant MEDITERRANEAN SHIPPING COMPANY S.A, by and through its attorneys, Freehill Hogan & Mahar, certifies that it is not a publicly held corporation in the United States, that it has no corporate parents and that no publicly held corporation owns 10% or more of its stock.

NYDOCS1/302347.1

Dated:  New York, New York
        April 9, 2009

                        FREEHILL, HOGAN & MAHAR LLP
                        Attorneys for Defendant
                        MEDITERRANEAN SHIPPING COMPANY S.A.

By: _____
     WILLIAM L. JUSKA JR. (WJ0772)
     80 Pine Street
     New York, New York 10005-1759
     (212) 425-1900