STATE OF NEW YORK )
                  ss.
COUNTY OF NEW YORK)

    I, CLARE MAZZA, being sworn, say; I am not a party to the action, am over 18 years of age and reside at 80 Pine Street, New York, New York 10005. On April 9, 2007 I served the within ANSWER by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:    HILL RIVKINS & HAYDEN LLP
        Attorneys for Plaintiff
        45 Broadway, Suite 1500
        New York, New York 10006
        (212) 669-0600
        Attention: Thomas E. Willoughby C. Leland (TW4452)
        Your Ref: 29461-2-TEW

        TISDALE LAW OFFICES, LLC
        Attorneys for Defendants
        METVALE LIMITED and
        METVALE LIMITED PARTNERSHIP
        11 West 42nd Street, Suite 900
        New York, New York 10036
        (212) 354-0025
        Attention: Thomas L. Tisdale
        Your Ref.: 08-1819

                                              CLARE MAZZA

Sworn to before me on
this 9th DAY OF April, 2008

Notary Public

NYDOCS1/302350.1 MELISSA COLFORD
Commissioner of Deeds
City of New York-No. 5-1692
Certificate Filed in New York
Commission Expires 4/1/10