UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| MEKS TRUSTLINK (PRIVATE) NIGERIA LIMITED and EMMANUEL UZOR, <br><br> Plaintiffs, <br><br> -against- <br><br> M/V MSC NAPOLI, her engines, tackle, boiler, etc., METVALE LIMITED, METVALE LIMITED PARTNERSHIP, and MEDITERRANEAN SHIPPING COMPANY S.A., *in personam*, <br><br> Defendants. | Docket #: 07 Cv 8345 (AKH) <br><br><br> **RULE 7.1 STATEMENT OF METVALE LIMITED AND METVALE LIMITED PARTNERSHIP** |

------------------------------------------------------------X

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York to enable judges and magistrates of the court to evaluate possible disqualifications or recusal, the undersigned attorney of record for Defendants Metvale Limited and Metvale Limited Partnership certifies that neither Metvale Limited nor Metvale Limited Partnership have corporate parents, subsidiaries, or affiliates which are publicly held or traded

Dated: New York, NY
April 9, 2008

TISDALE LAW OFFICES, LLC
Attorneys for Defendants
Metvale Limited and Metvale
Limited Partnership

By:  /s/
Thomas L. Tisdale (TT5263)
Lauren C. Davies (LD1980)
ttisdale@tisdale-law.com
ldavies@tisdale-law.com
11 West 42nd Street, Suite 900
New York, NY  10036
Tel:  (212)354-0025
Fax: (212) 869-0067

## AFFIRMATION OF SERVICE

I hereby certify that on April 9, 2008, a copy of the foregoing RULE 7.1 STATEMETN OF METVALE LIMITED AND METVALE LIMITED PARTNERSHIP was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                                     /s/
                                    Thomas L. Tisdale