# TISDALE
## LAW OFFICES, LLC

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

TL@TISDALE-LAW.COM

*New York, NY · Southport, CT*

WWW.TISDALE-LAW.COM

May 27, 2008

FILED 5/28/08

<u>Via facsimile-212-805-7942</u>
Honorable Alvin K. Hellerstein
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Meks Trustlink (Private) Nigeria Ltd., et al. v. M/V MSC NAPOLI et al.
07 CV 08345
Our File No.: 08-1819

Honorable Sir:

We are attorneys for the Defendants Metvale Limited and Metvale Limited Partnership and are writing with the consent of all counsel to respectfully request the Pretrial Conference scheduled for May 30, 2008 be adjourned for an additional 60 days. Since our last correspondence, we have reached an agreement in principle with all counsel. We expect that 60 days will be necessary in order to put together an agreement which is acceptable to all clients and counsel so that this matter can then be either stayed or discontinued. This is the parties' first request for an adjournment of the Conference scheduled for this Friday.

We appreciate Your Honor's indulgence in this request.

Respectfully yours,

Thomas L. Tisdale

cc: <u>Via facsimile-212 669 0698</u>
Thomas Willoughby
Hill Rivkins & Hayden, LLP
45 Broadway, Suite 1500
New York, NY 10006
<u>Via facsimile-212 425 1901</u>
William Juska
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 60 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: 5/28/08