# HILL RIVKINS

**HILL RIVKINS & HAYDEN LLP**
45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699   e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

June 3, 2008



**Via Fax (212) 805-7942**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Meks Trustlink (Private) Nigeria Limited,
            *et. al.* v. M/V MSC NAPOLI, *et. al.*
            07 Civ. 8345 (AKH)
            **Our File: 29461-2-TEW**

Honorable Sir:

    We write as counsel for plaintiff to bring to the attention of the Court an apparent serious misunderstanding.

    Mr. Thomas Tisdale, counsel for the vessel interests in this case, requested a cancellation of last week's Pre-trial Conference, the reason being a stipulation to be agreed upon amongst counsel for all parties regarding the disposition of the matter. What failed to be conveyed to the Court was that the disposition in mind was not the monetary settlement of the case, but rather the placing of the same on the Court's Suspense Docket to abide with the result of previously instituted proceedings in London. It was not the intention of counsel for any party to see conditional discontinuance of this matter.

    We would therefore appreciate it if the Court could vacate the present conditional discontinuance and restore the matter to the Court's Suspense Docket.

    We thank the Court for its kind attention in this regard.

*[Handwritten note: The issue will be resolved with me at conference to be held June 27, 2008, 9:30 am. 6-16-08 /s/ AKH]*

Very respectfully,

HILL RIVKINS & HAYDEN LLP

Thomas E. Willoughby

TEW:mgw
29461-2\019-Judge Hellerstein

cc:    Freehill Hogan & Mahar LLP – **Via Fax 212-425-1901**
        Attention:  William L. Juska, Jr., Esq.

Cc:    Tisdale Law Offices, LLC – **Via Fax 203-254-1641**
        Attention:  Thomas L. Tisdale, Esq.

---

| NEW JERSEY | TEXAS | CONNECTICUT | CALIFORNIA |
|---|---|---|---|
| 175 North Broadway | 712 Main Street, Suite 1515 | 60 Quarry Dock Road | Hill Rivkins/Brown & Associates |
| South Amboy, NJ 08879-1638 | Houston, TX 77002-3209 | Branford, CT 06405-4654 | 11140 Fair Oaks Boulevard, Suite 100 |
| Tel: (732) 838-0300  Fax: (732) 316-2365 | Tel: (713) 222-1515  Fax: (713) 222-1359 | Tel: (203) 315-9274  Fax: (203) 315-9264 | Fair Oaks, CA 95628-5126 |
| e-mail: thefirm@hillrivkins.com | e-mail: hillrivkinstexas@hillrivkins.com | e-mail: hillrivkinsct@snet.net | Tel: (916) 535-0263  Fax: (916) 535-0268 |
| | | | e-mail: thefirm@bmlaw.com |

TISDALE LAW OFFICES      Fax:2032541641      May 27 2008 16:18      P.01

| | | |
|---|---|---|
| 11 WEST 42ND STREET, SUITE 900<br>NEW YORK, NY 10036<br>(212) 354-0025<br>FAX: (212) 869-0067 | **TISDALE**<br>LAW OFFICES, LLC | 10 SPRUCE STREET<br>SOUTHPORT, CT 06890<br>(203) 254-8474<br>FAX: (203) 254-1641 |
| TL@TISDALE-LAW.COM | *New York, NY – Southport, CT* | WWW.TISDALE-LAW.COM |

May 27, 2008

<u>*Via facsimile-212-805-7942*</u>
Honorable Alvin K. Hellerstein
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007


FILED
5/28/08

  Re: Meks Trustlink (Private) Nigeria Ltd., et al. v. M/V MSC NAPOLI et al.
    07 CV 08345
    Our File No.: 08-1819

Honorable Sir:

  We are attorneys for the Defendants Metvale Limited and Metvale Limited Partnership and are writing with the consent of all counsel to respectfully request the Pretrial Conference scheduled for May 30, 2008 be adjourned for an additional 60 days. Since our last correspondence, we have reached an agreement in principle with all counsel. We expect that 60 days will be necessary in order to put together an agreement which is acceptable to all clients and counsel so that this matter can then be either stayed or discontinued. This is the parties' first request for an adjournment of the Conference scheduled for this Friday.

  We appreciate Your Honor's indulgence in this request.

              Respectfully yours,

              Thomas L. Tisdale

cc: <u>*Via facsimile-212 669 0698*</u>
  Thomas Willoughby
  Hill Rivkins & Hayden, LLP
  45 Broadway, Suite 1500
  New York, NY 10006
  <u>*Via facsimile-212 425 1901*</u>
  William Juska
  Freehill, Hogan & Mahar, LLP
  80 Pine Street
  New York, NY 10005

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 60 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

         Alvin K. Hellerstein, U.S.D.J.
         Date: 5/28/08