⚫AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

MEKS TRUSTLINK (PRIVATE) NIGERIA
LIMITED and EMMANUEL UZOR,
Plaintiffs

V.

M/V MSC NAPOLI, her engines, tackle, boiler, etc.,
in rem, Metvale Limited, Metvale Limited
Partnership, and Mediterranean Shipping
Company S.A., in personam,

Defendants.

SUPPLEMENTAL
**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07 Civ. 8345 Judge Hellerstein

TO: (Name and address of Defendant)

Metvale Limited
P.O.Box 146
Road Town
Tortola, B.V.I.

Metvale Limited Partnership
80 Broad Street
Monrovia, Liberia

Mediterranean Shipping Company S.A.
420 Fifth Avenue, New York, NY 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Hill Rivkins & Hayden LLP
45 Broadway
New York, NY 10006

an answer to the complaint which is served on you with this summons, within ____20*____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

_/s/ [signature]_
(By) DEPUTY CLERK

OCT 1 6 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                    Date                          *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

U.S. Department of Justice
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative 'a la signification et 'a la notification 'a l'etranger des actes judiciaires ou extrajudiciaires en matiere civile ou commerciale, signgee 'a La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identite et adresse du requerant* | Address of receiving authority<br>*Adresse de l'autorite destinataire* |
|---|---|
| HILL RIVKINS & HAYDEN LLP<br>45 Broadway, Suite 1500<br>New York, New York 10006 | THE REGISTRAR OF THE<br>SUPREME COURT<br>TORTOLA, BRITISH VIRGIN ISLANDS |

The undersigned applicant has the honour to transmit-in duplicate-the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requerant soussigne a l'honneur de faire parvenir-en double exemplaire-a l'autorite destinataire les documents ci-dessous enumeres, en la priant conformement a l'article 5 de la Convention precitee, d'en faire remettre sans remettre un exemplaire au destinataire, savoir
(identite et adresse)*

METVALE LIMITED, P.O.Box 146, Road Town, Tortola, British Virgin Islands

[x] (a) in accordance with the provisions or sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes legales (article 5 alinea premier, lettre a).*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particuliere suivante (article 5, aline'a premier, lettre b) :*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*c) le cas echeant, par remise simple (article 5, alinea 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes--with a certificate* a provided on the reverse side.
*Cette autorite est priee de renvoyer ou de faire renvoyer au requerant un exemplaire de l'acte-et de ses annexes -avec l'attestation figurant au*

List of documents
*Enumuration der pieces*

- Supplemental Summons
- Amended Complaint
- Notice of Court Conference
- Civil Case Management Plan
- Individual Rules of the Hon. Alvkin K. Hellerstein

Done at New York, New York, the 29th day of
*Fait 'a*                            , le November 2007

Signature and/or stamp
*Signature et/ou cachet*
HILL RIVKINS & HAYDEN LLP
BY: _____
THOMAS E. WILLOUGHBY

*Delete if inappropriate
Rayer les mentions inutiles.*

USM Form 94
Est. 11/77, Automated 11/00
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorite soussignee a l'honneur d'atiesier conformiment 'a l'article 6 de ladite Convention.*

1) that the document has been served *
   *que la demande a execute*
   - the (date)  -le (date)  _____
   - at (place, street, number) -a (loralni. rue numbo) _____

   -- in one of the following methods authorized by article 5-
   *-ons une desjormes suivanies privues it l'article 5*

   ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
      *a) selon les formes agales (artirle 5. alinea premier, letire a)*

   ☐ (b) in accordance with the following particular method:
      *b) selon lojorme particuliere suivante:*  _____

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
      *c) par remijesiniple*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnes dans la demande ont ete remis a*

   - (identity and description of person)
   - *fidentai ei qualit; de la pervonne)*
   _____

   - relationship to the addressee family, business or other
   - *liens de parente de subordination ou outres. avec le desitruiraire de l'acte*
   _____

2) that the document has not been served, by reason of the following facts *:
   *que la demande n'a pas ete executee. en raison des faits suivants:*
   _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in The attached statement*
*Conformement a l'article 12. alinea 2, de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint.*

Annexes
*Annexes*

Documents returned:
*pieces renvoyees*
_____

In appropriate cases, documents establishing the service:
*i cas echeant, les documents justificatifs de l'execution:*

Done at_____, the_____
*Fait 'a                    , le*

Signature and/or stamp.
*Signature et/ou cachet.*

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative 'a la signification et a la notfrarion ~ l'e'stranger ties acres judiciaries et extrajudiciaries en matiere civile ou commerciale, signgee a La Haye, le 15 Novembre 1965.,*

**(article 5, fourth paragraph)**
*(article 5. alinea 4)*

**Name and address of the requesting authority:**
*Nom ei addressee tie l'autorite requirante:*

HILL RIVKINS & HAYDEN LLP, 45 Broadway, Suite 1500, New York, NY 10006

**Particulars of the parties:**
*Identite des parties:*

METVALE LIMITED, P.O.Box 146, Road Town, Tortola, British Virgin Islands

### JUDICIAL DOCUMENT
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et obiet tie l'acte-*

To notify Metvale Limited of a lawsuit in which they have been named as defendant.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance le cas echeant le montant du litige:*

To recover monies due Meks Trustlink (Private) Nigeria Limited and Emmanuel Uzor from Metvale Limited resulting from non-delivery of shipment.

**Date and place for entering appearance-**
*Date el lieu de la comparution:*

As set forth in the attached documents.

**Court which has given judgment**:**
*Juridiction qui a rendu la decision:*

N/A

**Dale of judgment**:**
*Date de /a decision:*

N/A

**Time limits stated in the document**:**
*Indication des delias figurant dans l'acte:*


### EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet l'acte:*


**Time limits stated in the document:****
*Indication des delias figurant dans l'acte:*

# CERTIFICATE

*The undersigned authority has the honour to certify, inconformity with Article of the Convention.*

*(1) that the document has been served\**

- The (date) <u>Has been served at about 1:45 pm. on Tuesday 8th January, 2008.</u>
  At (place, street, number) <u>Trident Trust Company ( BVI ) Limited. Road Town, Tortola, BVI.</u>

- *in one of the following methods authorized by Article 5:*

  [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first Paragraph of Article 5 of the Convention. *

  [ ] (b) in accordance with the following particular method: *
  xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx.

  [ ] (c) by delivery to the addressee, who accepted it voluntarily. *
  <u>Trident Trust Company ( BVI ) Limited. – Registered Agent for Metvale Limited.</u>

*The documents referred to on the request have been delivered to:*

- (identity and description or person)
  <u>Samuel Hodge</u>

- (Relationship to the addressee (family, business or other):
  <u>Compliance Officer.</u>

*(2) That the document has not been served, by the reason of the following facts:*
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

*Annexes*

*Documents returned:*

1. <u>Certificate – Vol. 45/1966</u>
2. <u>Documents requested to be served</u>

*Done at* <u>Registrar's Office, Road Town, Tortola British Virgin Islands on 16th January, 2008</u>

*In appropriate cases, documents Establishing the service:*

*Signature and/or stamp*